Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

***Attorneys for Defendant***
***LEFRAK ORGANIZATION, INC.***

IN RE: WORLD TRADE CENTER LOWER                    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA HERNANDEZ,                                    Case No.:
                                                   08-CV-2636
                                    Plaintiff,

                    -against-

BATTERY PARK CITY AUTHORITY, EMPIRE        **NOTICE OF ADOPTION**
STATE PROPERTIES, INC., HUDSON TOWERS      **OF ANSWER TO MASTER**
HOUSING CO., INC., LEFRAK ORGANIZATION,    **COMPLAINT OF LEFRAK**
INC., AND RECTOR OF TRINITY CHURCH,        **ORGANIZATION, INC.**

                                    Defendants.

      **PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as

and for its response to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts

its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World

Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).    LEFRAK

ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102

(AKH), and as such, is exempt from having to file such a disclosure in this specific matter,

pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      May 3, 2008

                                  Yours, etc.,

                                  **HARRIS BEACH PLLC**

                                  _____

                                  Brian A. Bender, Esq. (BAB-0218)
                                  ***Attorneys for Defendant***
                                  ***LEFRAK ORGANIZATION, INC.***
                                  100 Wall Street
                                  New York, New York 10005
                                  (212) 687-0100

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NUBIA HERNANDEZ,

Case No.:
08-CV-2636

                                         Plaintiff,

                    -against-

**CERTIFICATE OF
SERVICE**

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING CO., INC., LEFRAK ORGANIZATION,
INC., AND RECTOR OF TRINITY CHURCH,
,

                                         Defendants.

---

The undersigned certifies that on May 3, 2008, I caused to be filed and served the

following documents electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: New York, New York
       May 3, 2008

                                              _____
                                              Brian A. Bender

275682.1

IN RE: WORLD TRADE CENTER LOWER                21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA HERNANDEZ,                                            Case No.:
                                                           08-CV-2636
                                        Plaintiff,

                    -against-

BATTERY PARK CITY AUTHORITY, EMPIRE
STATE PROPERTIES, INC., HUDSON TOWERS
HOUSING CO., INC., LEFRAK ORGANIZATION,
INC., AND RECTOR OF TRINITY CHURCH,
,
                                        Defendants.

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK
ORGANIZATION, INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100